UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAM EARL PATTERSON,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>KILOLO KIJAKAZI, Acting Commissioner of  )<br>Social Security,  )<br>  Defendant.  ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:20-CV-466-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 27], ADOPTS the conclusions in the M&R [D.E. 26], DENIES plaintiff's motion for judgment on the pleadings [D.E. 19], GRANTS defendant's motion for judgment on the pleadings [D.E. 22], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on March 1, 2022, and Copies To:**

| | |
|---|---|
| Michael W. Bertics | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |

DATE:  
March 1, 2022

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk