UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM EARL PATTERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | |
| | ) | **CASE NO. 5:20-CV-466-D** |
| KILOLO KIJAKAZI, Acting Commissioner of | ) | |
| Social Security, | ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that The court hereby remands the case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on November 23, 2022, and Copies To:**

| | |
|---|---|
| Michael W. Bertics | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |

DATE:                                   PETER A. MOORE, JR., CLERK
November 23, 2022                       (By) /s/ Nicole Sellers
                                         Deputy Clerk